**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-02574-CMA-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERRY L. JACOBSON,
TAMI P. JACOBSON,
GREEN TREE LENDING,
HARVARD MORTGAGE GROUP, INC., d/b/a CitiMortgage, Inc.,
STEVEN JACOBSON,
AIR ACADEMY FEDERAL CREDIT UNION,
BUDGET CONTROL SERVICES, INC.,
DOUGLAS COUNTY TREASURER, and
COLORADO STATE DEPARTMENT OF REVENUE,

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF CITIMORTGAGE, INC.**

---

Pursuant to the Stipulation to Correction of Pleaded Relationship and Dismissal of Defendant CitiMortgage, Inc., Based Upon Disclaimer of Interest (Doc. 15), it is hereby ORDERED:

1. The Stipulation to Correction of Pleaded Relationship and Dismissal of Defendant CitiMortgage, Inc., Based Upon Disclaimer of Interest is approved;

2. The caption in the above matter shall be corrected to delete "Harvard Mortgage Group,Inc., d/b/a CitiMortgage, Inc." and replace it with "CitiMortgage, Inc.;"

3. CitiMortgage, Inc. has no interest in the subject real property at issue in this action or in any proceeds from the sale of the subject property;

4. CitiMortgage, Inc. is dismissed, with prejudice, as a party-defendant;

5. That the caption on all subsequent filings shall reflect the removal of CitiMortgage, Inc. as Defendants in this case;

6. The parties shall each bear their own costs and attorneys' fees associated with this issue.

DATED: January 29, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge