IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 15-cv-02574-CMA-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERRY L. JACOBSON,
TAMI P. JACOBSON,
GREEN TREE LENDING,
STEVEN JACOBSON,
AIR ACADEMY FEDERAL CREDIT UNION,
BUDGET CONTROL SERVICES, INC.,
DOUGLAS COUNTY TREASURER, and
COLORADO STATE DEPARTMENT OF REVENUE,

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF
DEFENDANT BUDGET CONTROL SERVICES, INC.**

---

    This matter is before the Court on the parties' Stipulation of Dismissal of Defendant Budget Control Services, Inc., Based Upon Disclaimer of Interest (Doc. #45). The Court has reviewed the Stipulation and ORDERS as follows:

    Defendant Budget Control Services, Inc. is hereby DISMISSED WITH PREJUDICE.  It is

    FURTHER ORDERED that each party shall bear their own costs, attorneys' fees, and expenses.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Budget Control Services, Inc. as a Defendant in this case.

DATED: February 25, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge