IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-02574-CMA-KMT

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JERRY L. JACOBSON,
TAMI P. JACOBSON,
GREEN TREE LENDING,
STEVEN JACOBSON,
AIR ACADEMY FEDERAL CREDIT UNION,
DOUGLAS COUNTY TREASURER, and
COLORADO STATE DEPARTMENT OF REVENUE,

 Defendants.
_____

**ORDER GRANTING STIPULATED MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AGAINST GREEN TREE LENDING N/K/A DITECH FINANCIAL LLC AND CORRECT CAPTION**
_____

 This matter is before the Court on the parties' Stipulated Motion to Set Aside Clerk's Entry of Default Against Green Tree Lending and now known as Ditech Financial LLC, (Doc. #50) and correct caption.

 Pursuant to Fed. R. Civ. P. 55(c), the Court may set aside an entry of default for good cause. The parties have stipulated that good cause exists for Ditech Financial LLC's default. It is therefore

 ORDERED that the parties' Stipulated Motion to Set Aside Clerk's Entry of Default Against Green Tree Lending, k/n/a Ditech Financial LLC, (Doc. #50) is GRANTED. It is

FURTHER ORDERED that the Entry of Default (Doc. #44) is hereby VACATED and Ditech Financial LLC is hereby substituted for Green Tree Lending in the caption going forward. It is

FURTHER ORDERED that each party shall bear its own costs, attorneys' fees, and expenses.

DATED: March 8, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge